UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL W. WILLIAMS,

          Plaintiff,

v.

BERNARD E. WARNER, et al.,

          Defendants.

CASE NO. C15-5655 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 99. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendants' motion to dismiss plaintiff's due process claim is denied;

(3)    Defendants' motion to dismiss plaintiff's allegations of retaliation, to the extent that the alleged acts occurred prior to September, 2012, is granted with prejudice on the basis of the statute of limitations;

Dated this 21st day September, 2016.

                                        BENJAMIN H. SETTLE
                                        United States District Judge