UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL W. WILLIAMS, | CASE NO. C15-5655BHS |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| BERNARD E. WARNER, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 110. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' motion for summary judgment (Dkt. 104) is **GRANTED** and plaintiff's claims are **DISMISSED with prejudice**.

Dated this 3rd day of May, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER